**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**November 22, 2004**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-50477
Summary Calendar

_____

SHARON MACK BROWN,

Plaintiff-Appellee,

versus

FARMERS INSURANCE EXCHANGE,

Defendant-Appellant.

----------------------
Appeal from the United States District Court
For the Western District of Texas
USDC No. 5:02-CV-1032
----------------------

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Plaintiff, Sharon Mack Brown, sued the defendant, Farmers Insurance Exchange, her employer, alleging race discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 200e et seq. Plaintiff's principal claims revolved around the failure of her employer to grant certain promotions because of her race for which she had applied and for which she felt she was qualified. Defendant answered and alleged various non-

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

discriminatory reasons for not granting the promotions Plaintiff sought.  After adequate discovery, Defendant moved for summary judgment and the district court granted the motion.  Plaintiff appeals.

We have carefully reviewed the briefs, record excerpts and relevant portions of the record itself, and for the reasons stated by the district court in its Order filed May 3, 2004, we affirm the grant of summary judgment in favor of Defendant.

AFFIRMED.